

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**TERRY NAFISI**
District Court Executive and
Clerk of Court

Date: August 25, 2014

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Name & Address
Los Angeles County Superior Court
111 N. Hill Street
Los Angeles, CA 90012

FILED
CLERK, U.S. DISTRICT COURT
SEP 5 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

Re:   Case Number: 2:14-CV-4581-R(VBKx)

Previously Superior Court Case No. BC488271

Case Name: Richard Reyes -v- Dollar Tree Stores, Inc.

Dear Sir / Madam:

Pursuant to this Court's ORDER OF REMAND issued on August 22, 2014, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

Respectfully,

Clerk, U. S. District Court

By: Brent Pacillas
    Deputy Clerk   213-894-

☒ Western   ☐ Eastern   ☐ Southern Division

cc: Counsel of record

---

Receipt is acknowledged of the documents described herein.

Date: August 29, 2014

Clerk, Superior Court
By: Hendrickson
    Deputy Clerk

CV - 103 (09/08)       LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT (CIVIL)