1  LINDBERGH PORTER, Bar No. 100091
   lporter@littler.com
2  JEFFREY J. MANN, Bar No. 253440
   jmann@littler.com
3  LITTLER MENDELSON, P.C.
   650 California Street
4  20th Floor
   San Francisco, CA  94108.2693
5  Telephone:  415.433.1940
   Facsimile:   415.399.8490
6
7  Attorneys for Defendant
   DOLLAR TREE STORES, INC.

8  DOMINIC J. MESSIHA, Bar No. 204544
   dmessiha@littler.com
9  LITTLER MENDELSON, P.C.
   2049 Century Park East, 5th Floor
10 Los Angeles, CA  90067.3107
   Telephone:  310.553.0308
11 Facsimile:   310.553.5583

12 Attorneys for Defendant
   DOLLAR TREE STORES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD REYES, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  CV-14-4581-R<br><br>[ASSIGNED FOR ALL PURPOSES TO HON. MANUEL L. REAL, COURTROOM NO. 8]<br><br>**FINDINGS OF FACT AND CONCLUSIONS OF LAW REGARDING DEFENDANT DOLLAR TREE STORES, INC.'S MOTION FOR DECERTIFICATION**<br><br>Complaint Filed:  7/13/12<br>FAC Filed:  12/7/12<br>Trial Date:  None Set. |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

DEFENDANT'S PROPOSED FINDINGS OF
FACT AND CONCLUSIONS OF LAW

Case No. CV-14-4581-R

Pursuant to Central District Local Rule 52-2, Defendant DOLLAR TREE STORES, INC. ("Defendant") submits the following [Proposed] Findings of Fact and Conclusions of Law.

## FINDINGS OF FACT

1. Reyes has admitted that his and other Dollar Tree employees' time punch records cannot be relied upon to determine whether rest breaks took place, much less why they may have been missed.

2. Dollar Tree maintained, disseminated and enforced lawful rest break policies to all class members. The overwhelming evidence is that class members understood these policies and took their rest breaks.

3. If class members were interrupted during a rest break, they were instructed to restart another paid rest break.

4. Dollar Tree's timekeeping system automatically alerted store managers if employees failed to punch out or back in and from rest breaks. Store Managers then followed up with employees to see that any issues were resolved.

5. Class members were also instructed to complete manual time clock worksheets if time punches were missed, to ensure compliance.

6. The unique individualized reasons class members might have missed rest breaks cannot be determined by reference to the policies or the time records, or by representative evidence.

## CONCLUSIONS OF LAW

1. Dollar Tree maintained, disseminated and enforced lawful rest break policies to all class members.

2. The unique individualized reasons class members might have missed rest breaks are dispositive of liability.

3. The class is unascertainable, because the Dollar Tree's punch records cannot be relied upon to determine whether rest breaks took place, much less why they may have been missed.

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

DEFENDANT'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW    1.    Case No. CV-14-4581-R

1   4.   Individual issues as to the reasons class members might have missed rest breaks predominate over common questions.

Dated:  August 19, 2015

_____
HON. MANUEL L. REAL
DISTRICT COURT JUDGE

Firmwide 135000671.1 061603.1072

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

DEFENDANT'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW     2.     Case No. CV-14-4581-R