1  KENNETH H. YOON (State Bar No. 198443)
   STEPHANIE E. YASUDA (State Bar No. 265480)
2  LAW OFFICES OF KENNETH H. YOON
   One Wilshire Blvd., Suite 2200
3  Los Angeles, California 90017
   Telephone: (213) 612-0988
4  Facsimile: (213) 947-1211

5  PETER M. HART (State Bar No. 198691)
   LAW OFFICES OF PETER M. HART
6  12121 Wilshire Blvd., Suite 205
   Los Angeles, California 90025
7  Telephone: (310) 478-5789
   Facsimile: (509) 561-6441
8
9  MICHAEL H. ARTAN (State Bar No. 97393)
   MICHAEL H. ARTAN, LAWYER, APC
10 One Wilshire Blvd., Suite 2200
   Los Angeles, California 90017
11 Telephone: (213) 688-0370
   Facsimile: (213) 627-9201
12
   Attorneys for Plaintiff Richard Reyes

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD REYES, as an individual and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>DOLLAR TREE STORES, INC., a corporation, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No.: CV14-04581-R (VBKx)<br><br>[Assigned for all purposes to Hon. Manuel L. Real, Courtroom No. 8]<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Date Filed: July 13, 2012 |

STIPULATION FOR DISMISSAL WITH PREJUDICE

The Court having ruled there is no Rule 23 class presented, IT IS HEREBY STIPULATED by and between all the parties in this action, by and through their designated counsel of record, that Plaintiff's dismissal of the above-captioned action WITH PREJUDICE be entered pursuant to Federal Rules of Civil Procedure 41(a)(1), with each side to bear its own costs and attorneys fees.

SO STIPULATED.

Dated: September 3, 2015          **LAW OFFICES OF KENNETH H. YOON**

*/s/ Kenneth H. Yoon*
Kenneth H. Yoon
Stephanie E. Yasuda
Attorneys for Plaintiff Richard Reyes

Dated: September 3, 2015          **LITTLER MENDELSON, P.C.**

*/s/ Lindbergh Porter, Jr.*
Lindbergh Porter, Jr.
Dominic J. Messiha
Attorneys for Defendant Dollar Tree Stores, Inc.