KENNETH H. YOON (State Bar No. 198443)
STEPHANIE E. YASUDA (State Bar No. 265480)
LAW OFFICES OF KENNETH H. YOON
One Wilshire Blvd., Suite 2200
Los Angeles, California 90017
Telephone: (213) 612-0988
Facsimile: (213) 947-1211

PETER M. HART (State Bar No. 198691)
LAW OFFICES OF PETER M. HART
12121 Wilshire Blvd., Suite 205
Los Angeles, California 90025
Telephone: (310) 478-5789
Facsimile: (509) 561-6441

MICHAEL H. ARTAN (State Bar No. 97393)
MICHAEL H. ARTAN, LAWYER, APC
One Wilshire Blvd., Suite 2200
Los Angeles, California 90017
Telephone: (213) 688-0370
Facsimile: (213) 627-9201

Attorneys for Plaintiff Richard Reyes

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD REYES, as an individual and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>DOLLAR TREE STORES, INC., a corporation, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No.: CV14-04581-R (VBKx)<br><br>[Assigned for all purposes to Hon. Manuel L. Real, Courtroom No. 8]<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Date Filed: July 13, 2012 |

1  This matter came before the Court on the Stipulation of Dismissal With
2  Prejudice filed by Plaintiff, Richard Reyes, and Defendant, Dollar Tree Stores, Inc. The
3  Court, having reviewed the Stipulation and finding good cause, now finds that it should
4  be GRANTED.
5  IT IS THEREFORE ORDERED that all claims in this case are dismissed,
6  with prejudice, with each side to bear its own costs and attorneys fees.
7
8
9  DATED:September 04, 2015
10
11  _____
12  Hon. Manuel L. Real
   U.S. District Judge

ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE